UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENA RIOS,<br><br>       Plaintiff,<br><br>       vs.<br><br>CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2; RECONTRUST COMPANY; ALLIANCE TITLE COMPANY, INC.; COUNTRYWIDE HOME LOANS, INC.; AT HOME CAPITAL; HARVEST FINANCIAL AND REAL ESTATE, INC.; DAVID CASTILLO; HARLINDA RICHARDS; AND DOES 1 through 50, inclusive,<br><br>       Defendants. | Case No.: 1:09-cv-00250-AWI-SMS<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND THE TIME FOR CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2; RECONTRUST COMPANY, N.A.; COUNTRYWIDE HOME LOANS, INC.; AND ARLYNDA RICHARDS TO RESPOND TO COMPLAINT** |

**STIPULATION**

      This Stipulation is entered into by Plaintiff MAGDALENA RIOS ("Plaintiff") and Defendants CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2 ("CitiBank"); RECONTRUST COMPANY, N.A. ("ReconTrust"); COUNTRYWIDE HOME LOANS, INC. ("CHL"); and ARLYNDA RICHARDS ("Ms. Richards") (collectively, "Defendants").

      WHEREAS, on January 5, 2009, Plaintiff filed a Complaint in Fresno Superior Court, Case No. 09CECG00009 ("State Court Action");

      WHEREAS, Defendants removed this action to federal court on February 9, 2009;

      WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff granted Defendants an initial extension until March 6, 2009 to respond to the Complaint;

WHEREAS, Plaintiff and Defendants are attempting to reach an informal resolution of this matter;

NOW, THEREFORE, Plaintiff and Defendants desire and hereby **STIPULATE** as follows:

1. Plaintiff will file and serve any motion for preliminary injunction no later than March 13, 2009 and that motion will be heard on April 13, 2009 at 1:30 p.m. in Courtroom 7.

2. Citibank, ReconTrust, CHL, and Ms. Richards shall have until, and including, April 14, 2009 to respond to Plaintiff's Complaint in this matter.

3. Citibank will not proceed with the eviction of Plaintiff from, or otherwise sell, transfer or negotiate, the real property located at 2118 Palm Avenue, Sanger, California, until, and including, April 14, 2009.

**IT IS SO STIPULATED.**

Dated: February 25, 2009          **CENTRAL CALIFORNIA LEGAL SERVICES, INC.**

By: _____
    Ofra Pleban
Attorneys for Plaintiff
MAGDALENA RIOS

Dated:  February 25, 2009         **BRYAN CAVE LLP**

By: _____
    Stephanie A. Blazewicz
Attorneys for Defendants
CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2, RECONTRUST COMPANY, N.A., COUNTRYWIDE HOME LOANS, INC., and ARLYNDA RICHARDS

**ORDER**

Having reviewed the Stipulation of Plaintiff MAGDALENA RIOS and Defendants CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2; RECONTRUST COMPANY, N.A.; COUNTRYWIDE HOME LOANS, INC. ; and ARLYNDA RICHARDS (collectively, "Defendants") and good cause appearing, IT IS ORDERED THAT:

1. Plaintiff will file and serve any motion for preliminary injunction no later than March 13, 2009 and that motion will be heard on April 13, 2009 at 1:30 p.m. in Courtroom 7.

2. Defendants shall have until, and including, April 14, 2009 to respond to Plaintiff's Complaint in this matter.

IT IS SO ORDERED.

**Dated:   February 25, 2009**           /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE