**CENTRAL CALIFORNIA LEGAL SERVICES, INC.**
Michael J. Kanz, California Bar No. 81005
Ofra Pleban, California Bar No. 184770
1401 Fulton, Street, Suite 700
Fresno, California 93721
Telephone: (559) 570-1260
Facsimile: (559) 570-1254

Attorneys for Plaintiff
MAGDALENA RIOS

**BRYAN CAVE LLP**
James Goldberg, California Bar No. 107990
Stephanie A. Blazewicz, California Bar No. 240359
2 Embarcadero Center, Suite 1410
San Francisco, CA 94111
Telephone: (415) 675-3400
Facsimile: (415) 675-3434
Email:      james.goldberg@bryancave.com
            stephanie.blazewicz@bryancave.com

Attorneys for Defendants
CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE
HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES,
SERIES 2006-QH2, RECONTRUST COMPANY, N.A.,
COUNTRYWIDE HOME LOANS, INC., and ARLYNDA RICHARDS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENA RIOS,<br><br>    Plaintiff,<br><br>vs.<br><br>CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2; RECONTRUST COMPANY; ALLIANCE TITLE COMPANY, INC.; COUNTRYWIDE HOME LOANS, INC.; AT HOME CAPITAL; HARVEST FINANCIAL AND REAL ESTATE, INC.; DAVID CASTILLO; HARLINDA RICHARDS; AND DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:09-cv-00250-AWI-SMS<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND THE TIME FOR CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2; RECONTRUST COMPANY, N.A.; COUNTRYWIDE HOME LOANS, INC.; AND ARLYNDA RICHARDS TO RESPOND TO COMPLAINT AND FOR PLAINTIFF TO FILE MOTION FOR PRELIMINARY INJUNCTION** |

1

PDF created with pdfFactory trial version www.pdffactory.com

**STIPULATION**

This Stipulation is entered into by Plaintiff MAGDALENA RIOS ("Plaintiff") and Defendants CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2 ("CitiBank"); RECONTRUST COMPANY, N.A. ("ReconTrust"); COUNTRYWIDE HOME LOANS, INC. ("CHL"); and ARLYNDA RICHARDS ("Ms. Richards") (collectively, "Defendants").

WHEREAS, on January 5, 2009, Plaintiff filed a Complaint in Fresno Superior Court, Case No. 09CECG00009 ("State Court Action");

WHEREAS, Defendants removed this action to federal court on February 9, 2009;

WHEREAS, pursuant to Local Rule 6-144(a) of the Eastern District of California, Plaintiff granted Defendants an initial extension until March 6, 2009 to respond to the Complaint;

WHEREAS, Plaintiff and Defendants have been attempting to reach an informal resolution of this matter;

WHEREAS, on February 24, 2009, Plaintiff and Defendants filed a Stipulation to Further Extend the Time to Respond to the Complaint and further stipulated that Plaintiff would have until, and including, March 13, 2009 to file a Motion for Preliminary Injunction;

WHEREAS, on February 25, 2009, this Court entered an Order approving the Stipulation to Further Extend the Time to Respond to the Complaint and set a deadline of March 13, 2009 for Plaintiff to file a Motion for Preliminary Injunction;

WHEREAS, on March 13, 2009, Plaintiff and Defendants filed another Stipulation to Further Extend the Time to Respond to the Complaint and further stipulated that Plaintiff would have until, and including, May 1, 2009 to file a Motion for Preliminary Injunction;

WHEREAS, on March 19, 2009, this Court entered an Order approving the Stipulation to Further Extend the Time to Respond to the Complaint and set a deadline of May 1, 2009 for Plaintiff to file a Motion for Preliminary Injunction;

WHEREAS, on April 29, 2009, Plaintiff and Defendants filed another Stipulation to Further Extend the Time to Respond to the Complaint and further stipulated that Plaintiff would have until, and including, June 5, 2009 to file a Motion for Preliminary Injunction;

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, on April 30, 2009, this Court entered an Order approving the Stipulation to Further Extend the Time to Respond to the Complaint and set a deadline of June 5, 2009 for Plaintiff to file a Motion for Preliminary Injunction

WHEREAS, Plaintiff and Defendants have reached a tentative settlement of this matter, and need additional time to review the proposed settlement agreement and finalize its terms;

NOW, THEREFORE, Plaintiff and Defendants desire and hereby **STIPULATE** as follows:

1. Plaintiff will file and serve any motion for preliminary injunction no later than July 1, 2009 and that motion will be heard on September 14, 2009 at 1:30 p.m. in Courtroom 2.

2. Citibank, ReconTrust, CHL, and Ms. Richards shall have until, and including, September 15, 2009 to respond to Plaintiff's Complaint in this matter.

3. Citibank will not proceed with the eviction of Plaintiff from, or otherwise sell, transfer or negotiate, the real property located at 2118 Palm Avenue, Sanger, California, until, and including, September 15, 2009.

4. The Scheduling Conference will go forward on September 14, 2009 at 11:00 a.m. in Courtroom # 7 before Judge Snyder. PLEASE NOTE the change below, parties retained the August 3, 2009 Scheduling Conference hearing date instead of moving it to September 14, 2009.

**IT IS SO STIPULATED.**

Dated: June 2, 2009                              **CENTRAL CALIFORNIA LEGAL SERVICES, INC.**

By:     /s/ Ofra Pleban
         Ofra Pleban
Attorneys for Plaintiff
MAGDALENA RIOS

///
///
///

///

Dated: June 2, 2009                                    **BRYAN CAVE LLP**

By: /s/ Stephanie A. Blazewicz
Stephanie A. Blazewicz
Attorneys for Defendants
CITIBANK, N.A., AS TRUSTEES FOR THE
CERTIFICATE HOLDERS CWABS, INC.,
ASSET-BACKED CERTIFICATES, SERIES
2006-QH2, RECONTRUST COMPANY, N.A.,
COUNTRYWIDE HOME LOANS, INC., and
ARLYNDA RICHARDS

## ORDER

Having reviewed the Stipulation of Plaintiff MAGDALENA RIOS and Defendants CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2; RECONTRUST COMPANY, N.A.; COUNTRYWIDE HOME LOANS, INC. ; and ARLYNDA RICHARDS (collectively, "Defendants") and good cause appearing, IT IS ORDERED THAT:

1. Plaintiff will file and serve any motion for preliminary injunction no later than July 1, 2009 and that motion will be heard on September 14, 2009 at 1:30 p.m. in Courtroom 2.

2. Defendants shall have until, and including, September 15, 2009 to respond to Plaintiff's Complaint in this matter.

3. Citibank will not proceed with the eviction of Plaintiff from, or otherwise sell, transfer or negotiate, the real property located at 2118 Palm Avenue, Sanger, California, until, and including, September 15, 2009.

4. The Scheduling Conference will go forward on **AUGUST 3, 2009 at 9:30 a.m. in Courtroom #7 before Judge Snyder,** instead of September 14, 2009, at 11:00 a.m. which had been previously discussed with the parties and the Court, but clarified during a telephone call to the Court on May 29, 2009.

////

PDF created with pdfFactory trial version www.pdffactory.com

1  ////

2  Dated:      6/1/2009

/s/ Sandra M. Snyder
Chief United States Magistrate Judge Sandra M. Snyder

PDF created with pdfFactory trial version www.pdffactory.com