CENTRAL CALIFORNIA LEGAL SERVICES, INC.
Michael J. Kanz, California Bar No. 81005
Ofra Pleban, California Bar No. 184770
1401 Fulton, Street, Suite 700
Fresno, California 93721
Telephone: (559) 570-1260
Facsimile: (559) 570-1254

SARA HEDGPETH-HARRIS, #124114
Law Office of Sara Hedgpeth-Harris
1204 W. Shaw Avenue
Fresno, California 93711
Telephone: (559) 283-8780
Facsimile: (559) 478-5073
sara.hedgpethharris@gmail.com

Attorneys for Plaintiff
MAGDALENA RIOS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENA RIOS,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2; RECONTRUST COMPANY; ALLIANCE TITLE COMPANY, INC.; COUNTRYWIDE HOME LOANS, INC.; AT HOME CAPITAL; HARVEST FINANCIAL AND REAL ESTATE, INC.; DAVID CASTILLO; HARLINDA RICHARDS; AND DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: 1:09-cv-00250-AWI-SMS<br><br>**JOINT SCHEDULING CONFERENCE STATEMENT**<br><br>Date:         August 3, 2009<br>Time:         9:30 a.m.<br>Courtroom: #7<br><br>Hon. Sandra M. Snyder |

///

///

TO THE HONORABLE CHIEF UNITED STATES MAGISTRATE JUDGE, SANDRA M. SNYDER:

Plaintiff, Magdelena Rios, and Defendants David Castillo, Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, ReconTrust Company, N.A., Countrywide Home Loans, Inc., and Arlynda Richards submit the following Summary Joint Scheduling Conference Statement:

1. On or about January 5, 2009, Plaintiff filed civil action number 09CECG00009 in the Superior Court of the State of California for the County of Fresno entitled "*Magdalena Rios v. Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, ReconTrust Company, Alliance Title Company, Inc., Countywide Home Loans, Inc., At Home Capital, Harvest Capital, Harvest Financial and Real Estate, Inc., David Castillo, Harlinda Richards and Does 1-50*".

2. Plaintiff alleged causes of action for predatory lending, constructive fraud, intentional misrepresentation, negligence, breach of fiduciary duty, conversion, conspiracy, rescission, common counts, negligent misrepresentation, negligence per se, injunctive relief, and violations of TILA, Sections 17200 and 17500 of the Business & Professions Code, and Civil Code Section 1632.

3. Defendant David Castillo filed an answer in the Superior Court action on February 5, 2009. He is appearing in propria persona.

4. On or about February 9, 2009, Defendants Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, Recontrust Company, N.A., Countrywide Home Loans, Inc. ("CHL"), and Arlynda Richards removed the

action to the United States District Court for the Eastern District of California Case No. 1:09-cv-00250-AWI-SMS.

5. Plaintiff entered the default of defendant Harvest Financial and Real Estate, Inc., on March 6, 2009.

6. Plaintiff entered the default of defendant Alliance Title Company, Inc, on March 6, 2009.

6. Plaintiff has been unable to locate an agent for service of process for defendant At Home Capital.

7. Pursuant to the terms of a Settlement Agreement and Release executed on or about July 8, 2009, the parties anticipate that Defendants Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, Recontrust Company, N.A., Countrywide Home Loans, Inc., and Arlynda Richards will be dismissed from the action within 30 days.

8. Thereafter, plaintiff and the remaining appearing defendant, David Castillo, agree and hereby stipulate that the matter should be remanded to the state court from which it was removed for further proceedings.

Respectfully submitted,

DATE: July 27, 2009

OFRA PLEBAN
Attorney for Plaintiff

DATE: July 27, 2009

SARA HEDGPETH-HARRIS
Attorney for Plaintiff

JOINT SCHEDULING CONFERENCE STATEMENT
3

DATE:_____

JAMES GOLDBERG

Attorney for Defendants Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, Recontrust Company, N.A., Countrywide Home Loans, Inc., and Arlynda Richards

DATE: July 27, 2009

_____
DAVID CASTILLO
In Propria Persona

| | |
|---|---|
| 1 DATE: *July 27, 2009* | *[signature]* <br> JAMES GOLDBERG |
| | Attorney for Defendants Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, Recontrust Company, N.A., Countrywide Home Loans, Inc., and Arlynda Richards |
| DATE:_____ | _____ <br> DAVID CASTILLO <br> In Propria Persona |