**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAGDALENA RIOS,<br><br>  Plaintiff,<br><br>  v.<br><br>CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BANKED CERTIFICATES, SERIES 2006-QH2, RECONSTRUCT COMPANY, ALLIANCE TITLE COMPANY, INC., COUNTRYWIDE HOME LOANS, INC., AT HOME CAPTIAL, HARVEST FINANCIAL AND REAL ESTATE, INC., DAVID CASTILLO, ARLYNDA RICHARDS, and DOES 1 through 50, Inclusive,<br><br>  Defendants. | NO. 1:09-CV-00250-AWI-SMS<br><br>ORDER GRANTING DISMISSAL OF COMPLAINT AGAINST CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2, RECONSTRUCT COMPANY, N.A., COUNTRYWIDE HOME LOANS, INC., and ARLYNDA RICHARDS WITH PR |

Having reviewed the stipulation of the parties filed on August 27, 2009, and good cause appearing, IT IS ORDERED that the Complaint filed by Plaintiff Magdalena Rios on January 5, 2009, is hereby dismissed against defendants CITIBANK, N.A., AS TRUSTEES FOR THE CERTIFICATE HOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-

1 | QH2, RECONSTRUCT COMPANY N.A., COUNTRYWIDE HOME LOANS, INC., and
2 | ARLYNDA RICHARDS.

5 | IT IS SO ORDERED.

6 | **Dated:**   **November 17, 2009**           **/s/ Anthony W. Ishii**
                                                        CHIEF UNITED STATES DISTRICT JUDGE