1  OFRA PLEBAN, California Bar No. 184770
   MICHAEL J. KANZ, California Bar No. 81005
2  **CENTRAL CALIFORNIA LEGAL SERVICES, INC.**
   1401 Fulton Street, Suite 700
3  Fresno, Calif. 93721
   Telephone: (559) 570-1260
4  Facsimile: (559) 570-1254
   Email:      michael@centralcallegal.org
5              opleban@centralcallegal.org

6

7  Attorneys for Plaintiff MAGDALENA RIOS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RIOS, MAGDALENA, | Case No. 1:09-cv-00250-AWI-SMS |
| Plaintiff, | **STIPULATION FOR ORDER AND ORDER REMANDING CASE TO STATE COURT** |
| v. | |
| CITIBANK, N.A, AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2006-QH2, RECONTRUST COMPANY; ALLIANCE TITLE COMPANY, INC.; COUNTRYWIDE HOME LOANS, INC.; AT HOME CAPITAL; HARVEST FINANCIAL AND REAL ESTATE, INC., DAVID CASTILLO, AND DOES 1-12, | [28 USC § 1447 (c)] |
| Defendants. | |

Plaintiff, MAGDALENA RIOS, and Defendant DAVID CASTILLO, hereby stipulate as follows:

1. On or about January 5, 2009, Plaintiff filed civil action number 09CECG00009 in Superior Court of the State of California for the County of Fresno entitled *"Magdalena Rios v. Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, Reconstruct Company, Alliance Title Company, Inc., Countrywide Home Loans, Inc., At Home Capital, Harvest Capital, Harvest Financial and Real Estate, Inc., David Castillo, Harlinda Richards and Does 1-50" (the "Action")*.

2. Plaintiff alleged causes of action for predatory lending, constructive fraud, intentional

misrepresentation, negligence, breach of fiduciary duty, conversion, conspiracy, rescission, common counts, negligent misrepresentation, negligence per se, injunctive relief, and violations of TILA, Section 17200 and 17500 of the Business and Professions Code, and Civil Code Section 1632.

3. On or about February 5, 2009, defendant David Castillo filed his answer.

4. On or about February 9, 2009, defendants Citibank, N.A, as Trustee for the certificate holders CWABS, Inc, Asset-Backed Certificates, Series 2006-QH2; Recontrust Company; Countrywide Home Loans, Inc, and; Arlynda Richards, filed their Notice of Removal of Action Pursuant to 28 U.S.C. § 1441(b) (Federal Question), and on February 9, 2009, the case was removed to the United States District Court for the Eastern District of California Case No. 1:09-cv-00250-AWI-SMS.

5. On or about March 6, 2009, Plaintiff entered the default of Defendant Harvest Financial and Real Estate, Inc.

6. Plaintiff was not able to serve the complaint on defendants At Home Capital, and Alliance Title Company.

7. On or about August 27, 2009, pursuant to the terms of a Settlement Agreement and Release, Defendants Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, Reconstruct Company, Countrywide Home Loans, Inc. ("CHL"), and Arlynda Richards were dismissed from the action.

8. The Truth in Lending Act, 15 U.S.C. § 1601 et seq. and Federal Reserve Regulation Z, 12 C.F.R. § 226 et seq., can properly be alleged only as against the creditors. Cetto v. LaSalle Bank Nat'l Ass'n, 518 F.3d 263, 2008 U.S. App. LEXIS 4406 (4th Cir., February 29, 2008, Decided). *See also*, Robey-Harcourt v. Bencorp Fin. Co. 326 F.3d 1140 (2003) (holding that brokers do not meet the definition of creditor under Regulation Z or TILA, and as such, summary judgment in favor of defendant was appropriate as they were not the party that extended the credit); Vallies v. Sky Bank 432 F.3d 493, 495 (3d Cir. 2005) ("the creditor, and the creditor alone, is required to disclose . . . required information" [under TILA.])

9. At all times relevant to this action, defendant David Castillo was an agent of the loan broker,

Harvest Financial and Real Estate, and was not a creditor. Thus, Mr. Castillo is not a proper defendant under the first cause action for violations of TILA and Regulation Z, the only federal cause of action in this action.

10. Thus, with the dismissal of Defendants Citibank, N.A., as Trustee for the Certificate Holders CWABS, Inc., Asset-Backed Certificates, Series 2006-QH2, Reconstruct Company, Countrywide Home Loans, Inc. ("CHL"), and Arlynda Richards were dismissed from the action, the Complaint no longer asserts a federal claim against the remaining defendants who appeared in the action.

11. Plaintiff, MAGDALENA RIOS, and Defendant, DAVID CASTILLO, stipulate and request that this court order the matter remanded to the state court from which it was removed for further proceedings.

Respectfully submitted,

DATED: January 25, 2010.　　　　　　　　　　　MAGDELENA RIOS /S/
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　MAGDELENA RIOS, Plaintiff

DATED: January 25, 2010.　　　　　　　　　　　OFRA PLEBAN /S/
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　OFRA PLEBAN Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　　　　MAGDALENA RIOS

DATED: January 25, 2010.　　　　　　　　　　　DAVID CASTILLO /S/
　　　　　　　　　　　　　　　　　　　　　　　―――――――――――――――――
　　　　　　　　　　　　　　　　　　　　　　　DAVID CASTILLO, In Pro Per.

**ORDER**

IT IS SO ORDERED.

**Dated:　January 30, 2010**　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE